No. 83–5153. HILL *v.* MISSISSIPPI. Sup. Ct. Miss.;
No. 83–5389. MINCEY *v.* GEORGIA. Sup. Ct. Ga.;
No. 83–5406. BUNCH *v.* VIRGINIA. Sup. Ct. Va.; and
No. 83–5567. WATERHOUSE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 83–5153, 432 So. 2d 427; No. 83–5389, 251 Ga. 255, 304 S. E. 2d 882; No. 83–5406, 225 Va. 423, 304 S. E. 2d 271; No. 83–5567, 429 So. 2d 301.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

978

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.